# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| TASHA ALLEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action, Case No. 5:12-cv-172-TBR |
| ) | |
| vs. ) | |
| ) | |
| VISIONARY RETAIL ) | |
| MANAGEMENT, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AMENDING CAPTION AND SUBSTITUTING DEFENDANT

The parties hereby stipulate and agree that "Dr. Mark Lynn & Associates, PLLC *d/b/a* Doctor's ValuVision" was improperly named as defendant in this action and that "Visionary Retail Management" should be substituted in all future captions and filings for the aforesaid improperly named defendant. The parties stipulate that Visionary Retail Management was Plaintiff's employer during the events giving rise to this lawsuit. The parties therefore request that the Court's docket and other records reflect that "Dr. Mark Lynn & Associates, PLLC *d/b/a* Doctor's ValuVision" has been dismissed as defendant in this action and that "Visionary Retail Management" has been added as a defendant in this action. The revised caption is reflected above and will be used in all future pleadings.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/Stacey A. Huse
    Stacey A. Huse, Atty. No.: 87202
    111 Monument Circle
    Suite 4600
    Indianapolis, IN  46204
    Telephone:  317.916.1300
    Facsimile:   317.916.9076
    *stacey.huse@ogletreedeakins.com*

Attorneys for Defendant, Visionary Retail Management

Respectfully submitted,

  s/ D. Wes Sullenger (with permission)
D. Wes Sullenger, Atty. No.: 91816
Sullenger Law Office, PLLC
2320 Broadway, Suite 407
Paducah, KY  42001
Telephone:  270.443.9401
Facsimile:  270.443.3624
*wes@sullengerfirm.com*

Attorneys for Plaintiff, Tasha Allen