UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-172-R

TASHA ALLEN                                                                                                 PLAINTIFF

V.

VISIONARY RETAIL MANAGEMENT                                                       DEFENDANT

## *ORDER OF DISMISSAL*

A show cause hearing was set for May 20, 2013.

Appearing by phone: Amanda C. Couture for the defendant.

The plaintiff did not appear.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.

cc: Counsel

p/5